IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. G-00-17 (01) |
| | § | |
| MICHAEL A. MAHAFFEY | § | |

## FINAL ORDER

For the reasons expressed by the Magistrate Judge in his Report and Recommendation dated August 8, 2005, and the Opinion and Order of this Court of even date herewith, the " Motion to Correct Clerical Error Pursuant to F.R.CV. (sic) P. Rule 36" (Instrument no. 69) of Michael A. Mahaffey is **DENIED**.

**THIS IS AN APPEALABLE FINAL ORDER.**

**DONE** at Galveston, Texas, this 20th day of September, 2005.

_____
Samuel B. Kent
United States District Judge